...

```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
_____
                                :
KAMAL K. MARTIN,                :
                                :   No. 20-cv-8607 (NLH) (KMW)
            Plaintiff,          :
                                :
       v.                       :   MEMORANDUM OPINION
                                :
                                :
RICHARD SMITH, et al.,          :
                                :
            Defendants.         :
_____:
```

IT APPEARING THAT:

1. Plaintiff Kamal K. Martin submitted a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court permitted the complaint to proceed on August 13, 2020, ECF No. 2.

3. On October 9, 2020, mail addressed to Plaintiff at the Cumberland County Jail was returned as undeliverable. ECF No. 7.

4. The notice mailed to Plaintiff's address of record was returned with the envelope marked "Return to Sender, Unable To Forward." Id.

5. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's

address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

6.   Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate the complaint.

7.   Plaintiff may reopen the matter by submitting his new contact information to the Court.

8.   An appropriate order follows.


Dated: October 14, 2020            s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.

2